Order entered November 29 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00493-CR

### ISRAEL CORONEL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-60181-T**

## ORDER

The Court **REINSTATES** the appeal.

On October 23, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. The Court now has before it appellant's November 27, 2012 motion to lift the abatement order and to extend time to file his brief. Appellant tendered his brief with the motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 23, 2012 order requiring findings.

We **GRANT** the November 27, 2012 motion and **ORDER** appellant's brief filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE